| Ins Plan Name | Patient Account Number (Hospital) | Patient Initials | Full billed charges | Total Paid | Balance Due |
|---|---|---|---|---|---|
| GPA | MA0089211719 | RA | $15,963.57 | $1,923.06 | $14,040.51 |
| GPA | MA0091247178 | JH | $4,933.02 | $359.23 | $4,573.79 |
| GPA | MA0091262452 | JH | $4,933.02 | $784.69 | $4,148.33 |
| GPA | MA0092617793 | JH | $2,441.15 | $0.00 | $2,441.15 |
| GPA | LA0081832528 | JF | $2,953.92 | $497.34 | $2,456.58 |
| GPA | MA0087658414 | GM | $34,844.47 | $2,885.34 | $31,959.13 |
| GPA | MA0087712745 | GM | $158,943.57 | $24,042.51 | $134,901.06 |
| GPA | MA0088238524 | ES | $1,414.44 | $252.82 | $1,161.62 |
| GPA | MA0088475623 | ES | $162,817.52 | $23,399.49 | $139,418.03 |
| GPA | MA0088074106 | ES | $528,438.70 | $50,937.48 | $477,501.22 |
| GPA | MA0087937101 | ES | $60,048.28 | $6,229.08 | $53,819.20 |
| GPA | MA0088305949 | AS | $16,167.24 | $730.41 | $15,436.83 |
| GPA | MA0088468155 | AS | $4,401.96 | $535.55 | $3,866.41 |
| GPA | MA0088534719 | RG | $771.41 | $87.88 | $683.53 |
| GPA | MA0089769078 | KG | $173,181.74 | $20,497.35 | $152,684.39 |
| GPA | MA0088914457 | KK | $1,315.32 | $164.64 | $1,150.68 |
| GPA | MA0089042321 | CK | $48,215.62 | $6,165.71 | $42,049.91 |
| GPA | MA0089264791 | CK | $47,502.50 | $6,165.71 | $41,336.79 |
| GPA | MA0089770165 | CK | $47,789.52 | $6,970.88 | $40,818.64 |
| GPA | MA0090664123 | CK | $2,909.86 | $323.68 | $2,586.18 |
| GPA | MA0090813722 | CK | $50,489.98 | $6,276.90 | $44,213.08 |
| GPA | MA0090712969 | KB | $1,280.69 | $0.00 | $1,280.69 |
| GPA | MA0090796241 | KB | $746.47 | $55.03 | $691.44 |
| GPA | MA0090923901 | KB | $37,585.83 | $4,848.53 | $32,737.30 |
| GPA | MA0091199378 | AG | $28,059.54 | $6,052.74 | $22,006.80 |
| GPA | MA0089534712 | AG | $239,176.49 | $55,158.84 | $184,017.65 |
| GPA | MA0091378060 | AP | $23,560.96 | $1,390.36 | $22,170.60 |
| GPA | MA0091437724 | DV | $5,505.37 | $0.00 | $5,505.37 |
| GPA | MA0091645653 | MD | $7,285.35 | $641.70 | $6,643.65 |
| GPA | MA0091751593 | BI | $14,478.64 | $1,234.55 | $13,244.09 |
| GPA | MA0091992027 | PB | $109,233.93 | $20,515.50 | $88,718.43 |
| GPA | MA0091995204 | SK | $3,055.70 | $0.00 | $3,055.70 |
| GPA | MA0092172465 | AB | $24,192.24 | $4,258.26 | $19,933.98 |
| GPA | MA0092176509 | SJ | $6,852.13 | $0.00 | $6,852.13 |
| GPA | MA0092215369 | EB | $18,404.52 | $538.53 | $17,865.99 |
| GPA | MA0092597661 | SD | $20,050.96 | $741.35 | $19,309.61 |
| GPA | MA0092656136 | JH | $32,936.17 | $67.90 | $32,868.27 |
| GPA | MA0092688704 | VK | $863.31 | $131.04 | $732.27 |
| GPA | MA0092721825 | SM | $17,573.72 | $0.00 | $17,573.72 |
| GPA | MA0092984508 | IC | $14,222.83 | $0.00 | $14,222.83 |
| GPA | MA0093156447 | AB | $28,928.97 | $1,055.12 | $27,873.85 |
| GPA | MA0093203011 | JH | $17,278.44 | $353.80 | $16,924.64 |
| GPA | MA0093334370 | KM | $191,197.72 | $47,123.75 | $144,073.97 |
| GPA | MA0093392604 | JH | $32,936.17 | $353.80 | $32,582.37 |
| GPA | MA0093656920 | SP | $40,059.76 | $5,459.03 | $34,600.73 |
| GPA | MA0094224985 | JH | $32,936.17 | $738.54 | $32,197.63 |
| GPA | PA0082121129 | JB | $54,437.53 | $12,307.00 | $42,130.53 |
| GPA | PA0082196595 | JB | $21,725.83 | $1,191.08 | $20,534.75 |
| GPA | PA0082232621 | HH | $1,344.92 | $0.00 | $1,344.92 |
| GPA | VA0082709207 | HA | $3,302.61 | $250.62 | $3,051.99 |
| GPA | VA0082711767 | ER | $9,240.98 | $1,267.00 | $7,973.98 |
| GPA | VA0082833153 | EB | $4,271.49 | $96.01 | $4,175.48 |
| GPA | VA0083352221 | MH | $3,622.82 | $0.00 | $3,622.82 |
| GPA | MA0096336420 | CH | $6,068.50 | $567.17 | $5,501.33 |
| GPA | MA0096685432 | JY | $3,496.69 | $326.40 | $3,170.29 |
| GPA | MA0097666571 | RG | $13,387.30 | $1,866.21 | $11,521.09 |
| GPA | MA097203741 | MW | $1,852.95 | $0.00 | $1,852.95 |
| GPA | MA0099424222 | RR | 660.11 | 0 | 360.11 |
| GPA | MA0099145056 | MS | 1130.13 | 277.89 | 852.24 |
| GPA | MA0097612048 | JR | 8756.69 | 0 | 7816.02 |
| GPA | MA0093203011 | JH | 4208.74 | 353.8 | 3854.94 |
| GPA | MA0093156447 | AB | 8222.67 | 1055.12 | 7167.55 |
| GPA | VA0082833153 | EB | 1413.03 | 96.01 | 1193.02 |
| GPA | MA0092656136 | JH | 3542.98 | 67.9 | 3041.41 |
| GPA | MA0093392604 | JH | 4208.74 | 353.8 | 3854.94 |
| GPA | MA0094224985 | JH | 16396.27 | 738.54 | 15657.73 |
| GPA | MA0093656920 | SP | 40059.79 | 5459.03 | 34184.87 |
| GPA | VA0082709207 | HA | 903.93 | 250.62 | 653.31 |
| GPA | MA0099342129 | JR | $5,267.90 | 0 | $4,582.90 |
| GPA | MA0097605106 | JR | $20,242.40 | 1317.22 | $18,925.18 |
| GPA | MA0096797214 | PJ | $11,324.36 | 279.56 | $7,081.27 |
| | | **TOTAL** | **$2,567,968.25** | **$338,069.10** | **$2,223,036.39** |

**EXHIBIT A**